HIGGINS, Appellant, v. PALMATIER et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Anna Higgins against John Palmatier and others. No opinion. Judgment affirmed, with costs, without prejudice to any application by plaintiff against defaulting defendants.

HJORTH, Respondent, v. AMERICAN GOLD-CURE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1900.) Action by William Hjorth against the American Gold-Cure Company. No opinion. Judgment and order affirmed, with costs.

HOADLY et al., Respondents, v. MELCHER, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by George Hoadly and others against Ellen S. Melcher, impleaded. G. Zabriskie, for appellant. F. R. Minrath, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

HOEY, Respondent, v. CLOUD, Appellant. (Supreme Court, Appellate Term. December 26, 1900.) Summary proceedings by Sarah Hoey against Frederick E. Cloud. From a final order in favor of plaintiff, defendant appeals. Reversed. Guggenheimer, Untermeyer & Marshall (Moses Weinmann, of counsel), for appellant. Albert I. Sire, for respondent.
PER CURIAM. There is not sufficient evidence in this case to support a finding, either that the petitioner had obtained a renewal of the lease of the premises in question from her lessor, or that a renewal agreement was executed between the petitioner and her subtenant. While there is slight evidence relating to negotiations between the petitioner and a representative of her lessor, yet it does not appear that the agreement was consummated, and the verdict of the jury is without evidence to support it. Final order reversed, and new tria ordered, with costs to the appellant to abide the event.

HOLDEN et al., Respondents, v. BARNES, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Erastus F. Holden and others against James Barnes, as administrator, etc. No opinion. Judgment affirmed, with costs.

HUGHES, Respondent, v. ROOME, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by James W. Hughes against Madelaine S. Roome. No opinion. Motion remitted, on argument, to the county court judge for decision, without costs.

In re HULSEBERG. (Supreme Court, Appellate Division, First Department. December 14, 1900.) In the matter of Maria Hulseberg, deceased. No opinion. Motion granted, with $10 costs.

HUNT, Appellant, v. HUNT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by Lena E. Hunt against Joseph Y. Hunt and others. No opinion. Motion for leave to appeal to the court of appeals denied, upon the ground that in the opinion of this court such leave is unnecessary.

HUTCHESON, Respondent, v. MIODUCKI, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by Joseph Hutcheson against Wojciesch J. Mioducki.
PER CURIAM. The order appealed from is modified by striking out the ordering part thereof, and substituting in lieu thereof the following, viz.: "Ordered, that the plaintiff have judgment against said Robert Y. Milne for the sum of $220, and interest thereon from the 5th day of June, 1900, being the amount of deficiency on such sale, and the $10 costs of motion,"—and, as so modified, affirmed, without costs of this appeal to either party.

HUTCHINSON et al., Respondents, v. DOYLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 20, 1900.) Action by Samuel Hutchinson and another against Michael Doyle and another. No opinion. Judgment and order affirmed, with costs.

HUTTON, Respondent, v. PERRY KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Jonathan B. Hutton against the Perry Knitting Company.
PER CURIAM. Order affirmed, with $10 costs and disbursements, upon the ground that, independently of any question of practice, the motion was properly disposed of by the special term on the merits. All concur, except ADAMS, P. J., not voting.

IMPERIAL SHALE-BRICK CO. v. JEWETT et al. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by the Imperial Shale-Brick Company against Edgar B. Jewett and others. No opinion. Motion to amend order denied, without costs.